El Paso County - 41st District Court

Filed 8/22/2025 10:21 AM
Norma Favela Barceleau
District Clerk
El Paso County
2025DCV3641

**CAUSE NO: 2025DCV3641**

| | | |
|---|---|---|
| POWERED BY PEOPLE | § | IN THE DISTRICT COURT |
| | § | |
| *Plaintiff,* | § | 15th COURT OF APPEALS |
| | § | AUSTIN, TEXAS |
| v. | § | 8/25/2025 5:54:15 PM |
| | § | EL PASO COUNTY TEXAS |
| KEN PAXTON, IN HIS OFFICIAL | § | |
| CAPACITY AS TEXAS ATTORNEY | § | |
| GENERAL | § | |
| | § | 41st JUDICIAL DISTRICT |
| *Defendant.* | | |

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/25/2025 5:54:15 PM
CHRISTOPHER A. PRINE
Clerk

## NOTICE OF APPEAL

Pursuant to Texas Rules of Appellate Procedure 25.1(a) and 26.1(b), Defendant gives notice of an appeal of the trial court's implicit denial of its's Plea to the Jurisdiction.

Defendant is entitled to an interlocutory appeal pursuant to Civil Practice and Remedies Code § 51.014(a)(8), which allows for an immediate appeal from an order that denies a plea to the jurisdiction.

Defendant appeals to the Fifteenth Court of Appeals. This is an accelerated appeal as provided by Texas Rule of Appellate Procedure 28.1. This is not a parental termination or child protection case, as defined in Rule 28.4.

**Pursuant to Texas Civil Practice and Remedies Code § 51.014(b), all further proceedings in this Court are stayed pending resolution of Defendant's appeal.** This interlocutory appeal meets all the prerequisites for the automatic stay to apply. *See* Tex. Civ. Prac. & Rem. Code § 51.014(a)(8), (b), (c)(1). Pursuant to Tex. Civ. Prac. & Rem. Code § 6.001, as governmental officers and units, Defendants are not required to file a supersedeas bond for court costs. Defendant's appeal is therefore perfected upon the filing of the notice of appeal.

Dated: August 22, 2025.                    Respectfully submitted,


                                           KEN PAXTON
                                           Attorney General of Texas

                                           BRENT WEBSTER
                                           First Assistant Attorney General

                                           RALPH MOLINA
                                           Deputy First Assistant Attorney General

                                           AUSTIN KINGHORN
                                           Deputy Attorney General for Civil Litigation

                                           /s/ *Rob Farquharson*
                                           ROB FARQUHARSON
                                           Deputy Chief, Consumer Protection Division
                                           State Bar No. 24100550

                                           JOHNATHAN STONE
                                           Chief, Consumer Protection Division
                                           State Bar No. 24071779

                                           Office of the Attorney General of Texas
                                           Consumer Protection Division
                                           300 W. 15th St.
                                           Austin, Texas 78701
                                           Phone: (214) 290-8811
                                           Fax: (214) 969-7615
                                           Rob.Farquharson@oag.texas.gov

                                           **ATTORNEYS FOR DEFENDANT**


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served on all attorneys of record via e-service on the 22nd day of August 2025

                                           /s/ *Rob Farquharson*
                                           ROB FARQUHARSON
                                           Deputy Chief, Consumer Protection Division
                                           State Bar No. 24100550

                                           2

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Johnathan Stone on behalf of Johnathan Stone
Bar No. 24071779
johnathan.stone@oag.texas.gov
Envelope ID: 104727088
Filing Code Description: Notice
Filing Description: AG Paxton's Notice of Appeal
Status as of 8/25/2025 4:39 PM MST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Lynn Coyle | 24050049 | lynn@coylefirm.com | 8/22/2025 10:21:30 AM | SENT |
| Johnathan Stone | 24071779 | Johnathan.Stone@oag.texas.gov | 8/22/2025 10:21:30 AM | SENT |
| Robert Farquharson | 24100550 | rob.farquharson@oag.texas.gov | 8/22/2025 10:21:30 AM | SENT |
| Pauline Sisson | | pauline.sisson@oag.texas.gov | 8/22/2025 10:21:30 AM | SENT |
| Mimi Marziani | | mmarziani@msgpllc.com | 8/22/2025 10:21:30 AM | SENT |
| Joaquin Gonzalez | | jgonzalez@msgpllc.com | 8/22/2025 10:21:30 AM | SENT |
| Rob Farquharson | | rob.farquharson@oag.texas.gov | 8/22/2025 10:21:30 AM | SENT |
| Jacob Przada | | Jacob.Przada@oag.texas.gov | 8/22/2025 10:21:30 AM | SENT |
| Scott Froman | | scott.froman@oag.texas.gov | 8/22/2025 10:21:30 AM | SENT |
| Rebecca Stevens | | bstevens@msgpllc.com | 8/22/2025 10:21:30 AM | SENT |
| Emily Samuels | | emily.samuels@oag.texas.gov | 8/22/2025 10:21:30 AM | SENT |
| Abby Smith | | abby.smith@oag.texas.gov | 8/22/2025 10:21:30 AM | SENT |
| Clayton Watkins | | clayton.watkins@oag.texas.gov | 8/22/2025 10:21:30 AM | SENT |
| Tisha James | | Tisha.James@oag.texas.gov | 8/22/2025 10:21:30 AM | SENT |

Associated Case Party: Ken Paxton

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Nicole A.Myette | | nicole.myette@oag.texas.gov | 8/22/2025 10:21:30 AM | SENT |
| William Farrell | | biff.farrell@oag.texas.gov | 8/22/2025 10:21:30 AM | SENT |